IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NUMBER: |
| RICKY E. GODWIN AND | * | |
| RITA E. GODWIN, | * | |
| | * | 07-31010 |
| DEBTORS. | * | Chapter 13 |
| | * | |
| | * | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW Mortgage Corporation of the South** a creditor in the above-styled bankruptcy case, and moves this Court, pursuant to Bankruptcy Rules 4001, 9013 and 9014 to enter an Order terminating the automatic stay imposed by Section 362 (d)(1) and Section 362 (d)(2)(A) of the Bankruptcy Code as said stay applies to Mortgage Corporation of the South. As grounds for its motion, Mortgage Corporation of the South states the following:

1.  On or about November 3, 2006, Ricky E. Godwin and Rita E. Godwin, ("Debtors"), entered into a Note with Mortgage Corporation of the South. (See attached Exhibit "A") The Indebtedness is secured by the collateral listed below:

> To reach the point of beginning start at the point of intersection of the centerline of Butler County Highway No. 39 with the North line of the Southeast Quarter of the Southeast Quarter of Section Twenty-One, Township Eight North, Range Fourteen East, Butler County, Alabama, run thence in a Southerly direction along the centerline of said Highway a distance of 388 feet to the point of beginning of the property herein described (which point of beginning is the Southeast corner of the property heretofore conveyed by L.J. Lowery and Dorothy Lowery to Phillip Peavy by deed dated February 21, 1972 and recorded in the Office of the Judge of Probate of Butler County, Alabama in Deed Book 179, at Page 333); from said point of beginning run thence West a distance of 600 feet to a point, run thence South 300 feet to a point, run thence East a distance of 600 feet, more or less, to a point on the centerline of said Highway, run thence in a Northerly direction along the centerline of said Highway a distance of 300 feet, more or less, to the point of beginning; situated, lying and being in the Southeast Quarter of the Southeast Quarter of Section Twenty-One, Township Eight North, Range Fourteen East, Butler County, Alabama and containing in the aggregate 4 acres, more or less.

It is intended to hereinabove describe and convey the same real property heretofore conveyed by L.J. Lowery and Dorothy Lowery, husband and wife, to Amelia Lowery Middleton by deed dated the 18th day of December 1980 and recorded in the Office of the Judge of Probate of Butler County, Alabama in Deed Book 210, at Page 522, and is the same real property heretofore conveyed by Amelia Lowery Middleton to Jeffery J. Brogden and Lori B. Brogden by deed dated the 27th day of January, 1999, and recorded in the Office of the Judge of Probate of Butler County, Alabama in Deed Book 265, at Page 210.

Together with a right of ingress and egress over and across the existing drive or easement South of the property running from County Road 39 to the residence or the property herein conveyed.

2. Mortgage Corporation of the South has a security interest in said collateral as evidenced by the Mortgage. (See attached Exhibit "B")

3. Mortgage Corporation of the South's interest in the collateral is not adequately protected, as the Debtors are not making their direct payments to MCS with regard to MCS's Note and Mortgage.

4. The Debtor does not have an equity interest in the collateral.

**WHEREFORE**, Mortgage Corporation of the South respectfully requests that an Order be entered:

(a) Terminating, annulling, or modifying the automatic stay to permit Mortgage Corporation of the South to foreclose its security interest in its collateral; and

(b) Awarding Mortgage Corporation of the South such other and further relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this the 31st day of August, 2009.

/s/ Burt W. Newsome
Burt W. Newsome,
Attorney for Mortgage Corporation of the South

**OF COUNSEL:**
NEWSOME LAW, LLC
P.O. Box 382753
194 Narrows Drive, Suite 103
Birmingham, AL 35242

Telephone: (205) 747-1970
Email: burt@newsomelawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed electronically and served a copy of the foregoing Motion on:

AMSHER
2090 Columbiana Road, Suite 3000
Birmingham, AL

Capital One
Attn: Bankruptcy Correspondence
P.O. Box 5155
Norcross, GA 30091

Citi Auto
2208 Highway 121, Suite 100
Bedford, TX 76021

Covington Radiology
P.O. Box 27
Andalusia, AL 36420

Chase Home Finance, LLC
P.O. Box 182106
Columbus, OH 43218

Citifinancial Corporation
c/o Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102

Express Check Advance
81 Jameson Lane
Greenville, AL 36037

First Premiere
900 Delaware, Suite 7
Sioux Falls, SD 57104

Chase Home Finance, LLC
3415 Vision Drive
Columbus, OH 43219

APNI-BLOOM
P.O. Box 3097
Bloomington, IL 61702

Approved Cash Advance
1215 Highway 231 South, Suite C
Troy, AL 36082

Cash Express
1205 E. Commerce Street
Greenville, AL 36037

Citifancial
P.O. Box 499
Hanover, MD 21076

Capital One Bank
c/o Tsys Debt Management
P.O. Box 5155
Norcross, GA 30091

| | |
|---|---|
| Citifinancial Auto, Ltd.<br>P.O. Box 9578<br>Coppell, TX 75019 | Equifax Information Services, LLC<br>P.O. Box 740241<br>Atlanta, GA 30374 |
| Express Check Advance of Alabama, LLC<br>5959 Shallowford Road, Suite 405<br>Chattanooga, TN 37421 | First Lowndes Bank<br>c/o Parnell & Crum, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102 |
| eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193 | Alabama Orthopedic Specialists<br>P.O. Box 235003<br>Montgomery, AL 36123 |
| Bankruptcy Administrator<br>One Church Street<br>Montgomery, AL 36104 | Chase Mortgage<br>101 E. Town Street<br>Columbus, OH 43215 |
| Covington Orthopedics<br>P.O. Box 1518<br>Andalusia, AL 36420 | Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219 |
| Citifinancial Corp<br>409 West Bypass<br>Andalusia, AL 36420 | Experion<br>P.O. Box 9701<br>Allen, TX 75013 |
| First Lowndes Bank<br>P.O. Box 508<br>Ft. Deposit, AL 36032 | Hainje's<br>P.O. Box 189<br>Greenville, AL 36037 |
| HSBC<br>1286 Carmichael Way<br>Montgomery, AL 36106 | L.V. Stabler Memorial Hospital<br>c/o Michael I. Mossman<br>P.O. Box 330129<br>Nashville, TN 37203 |
| Mortgage Corporation<br>101 Orline Street<br>Wetumpka, AL 36092 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696 |

| | |
|---|---|
| South Butler Medical Services<br>P.O. Box 548<br>Georgiana, AL 36033 | Curtis C. Reding<br>P.O. Box 173<br>Montgomery, AL 36101 |
| Rita E. Godwin<br>P.O. Box 143<br>Georgiana, AL 36033 | Malcolm S. Gerald & Associates<br>332 S. Michigan Ave., Suite 600<br>Chicago, IL 60604 |
| Security Finance<br>P.O. Box 811<br>Spartanburg, SC 29304 | Transunion Consumer Solutions<br>P.O. Box 2000<br>Chester, PA 19022 |
| Richard D. Shinbaum<br>Shinbaum, McLeod & Campbell<br>P.O. Box 201<br>Montgomery, AL 36101 | Vonda S. McLeod<br>Shinbaum, McLeod & Campbell<br>P.O. Box 201<br>Montgomery, AL 36101 |
| HSBC NV<br>P.O. Box 19360<br>Portland, OR 97280 | McGowin & Hood, MD<br>P.O. Box 398<br>Greenville, AL 36037 |
| Marlin Medclr Inovision<br>507 Prudential Road<br>Horsham, PA 19044 | Security Finance Central Bankruptcy<br>209 Dawson Road, Suite 4B<br>Columbia, SC 29223 |
| One Stop Case<br>112 Butler Square<br>Greenville, AL 36037 | Ricky E. Godwin<br>P.O. Box 143<br>Georgiana, AL 36033 |

by depositing a copy of same, first class postage pre-paid, in the United States Mail, properly addressed to them, on this the 31st day of August, 2009.

/s/ Burt W. Newsome
Of Counsel